**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01084-CV

**HYACINTH ANYANYA, Appellant**

**V.**

**NDELLA FAYE JACKSON, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06409-A**

## ORDER

We **GRANT** the October 10, 2014 motion of Cathye Moreno, Official Court Reporter for County Court at Law No. 1 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed within **THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE